B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re   **Ocean Atlantic SPE LLC**
_____,
Debtor

Case No. ___09-16155 (AJG)___

Chapter _____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 902,500.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 5,632,099.09 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 1,495,583.43 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 10 | | | |
| Total Assets | | | 902,500.00 | | |
| Total Liabilities | | | | 7,127,682.52 | |

B6A (Official Form 6A) (12/07)

.

In re    **Ocean Atlantic SPE LLC**                                         ,    Case No. _____
_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **127.18 acres of vacant land located in Yorkville, Kendall County, Illinois, which was pledged as collateral for a loan to Ocean Atlantic Service Corporation. The unpaid principal balance of the laon was $8,925,000 when the SPE took title through foreclosure on August 24, 2009.** | **Fee Simple** | **-** | **902,500.00** | **5,595,470.92** |

|  | Sub-Total > | **902,500.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **902,500.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Ocean Atlantic SPE LLC**                                              ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Ocean Atlantic SPE LLC:  ARC sub-account #2090 at Signature Bank for the benefit of Ocean Atlantic SPE LLC.**<br>**ARC claims a superior interest in these funds.** | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

  __2__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Ocean Atlantic SPE LLC**                                          ,          Case No. _____
                                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Cause of action against the borrower and guarantors for any deficiency on the serviced loan.** | **-** | **Unknown** |

Sub-Total >          **0.00**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ocean Atlantic SPE LLC**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >         **0.00**
(Total of this page)

Total >         **0.00**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Ocean Atlantic SPE LLC** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**Asset Resolution LLC<br>333 Seventh Avenue, Third Fl.<br>New York, NY 10001** | | - | | Servicer advances due ARC (incurred at varying times); residential land development located in Yorkville, IL | | | | | |
| | | | | Value $          902,500.00 | | | | 12,462.82 | 0.00 |
| Account No. **1501126167**<br><br>**Asset Resolution LLC<br>333 Seventh Ave., 3rd Floor<br>New York, NY 10001** | | - | | Plan confirmation rights due ARC (accruing monthly); residential land development located in Yorkville, IL | | | | | |
| | | | | Value $          902,500.00 | | | | 5,615,395.97 | 4,712,895.97 |
| Account No.<br><br>**Kendall County Assessor's Offi<br>111 W. Fox St.<br>Yorkville, IL 60560** | | - | | Property taxes due; residential land development located in Yorkville, IL | | | X | | |
| | | | | Value $          902,500.00 | | | | 3,161.14 | 0.00 |
| Account No.<br><br>**Tax Lien Investments<br>1811 W. Forestview Drive<br>Sycamore, IL 60178** | | - | | Tax Lien due to Buyer; residential land development located in Yorkville, IL | | | X | | |
| | | | | Value $          902,500.00 | | | | 1,079.16 | 0.00 |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 5,632,099.09 | 4,712,895.97 |
| Total<br>(Report on Summary of Schedules) | 5,632,099.09 | 4,712,895.97 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re      **Ocean Atlantic SPE LLC**                                              ,     Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____  continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Ocean Atlantic SPE LLC** , Case No. _____
　　　　　　　　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | For Notice Purpose | | | | |
| **City of Yorkville Finance Department 800 Game Farm Road Yorkville, IL 60560** | | - | | | | | **Unknown** |
| Account No. | | | Interpretation of USA Commercial Notes | | | | |
| **Goold, Patterson, Ales & Day 4496 South Pecos Road Las Vegas, NV 89121** | | - | | X | | X | **1,472.94** |
| Account No. | | | Retainer due in connection with Las Vegas Litigation. | | | | |
| **Greenburg Traurig, LLP 3773 Howard Hughes Parkway Las Vegas, NV 89169** | | - | | X | | X | **1,450,000.00** |
| Account No. | | | For Notice Purpose | | | | |
| **Illinois Department of Revenue PO Box 19030 Springfield, IL 62794-9030** | | - | | | | | **Unknown** |

__1__   continuation sheets attached

Subtotal
(Total of this page) | **1,451,472.94**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　　　　　　S/N:41631-091001　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ocean Atlantic SPE LLC** ,                              Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx-xxx4225** | | | - | For Notice Purpose | | | | |
| **Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA 19114-0326** | | | | | | | | **Unknown** |
| Account No. | | | - | Asset-General | | | | |
| **Jaffe Raitt Heuere & Weiss**<br>**PO Box 5034**<br>**Southfield, MI 48086** | | | | | X | | X | **10,133.70** |
| Account No. | | | - | Legal services related to Ocean Atlantic foreclosure. | | | | |
| **Riemer Braunstein**<br>**Three Center Plaza**<br>**Boston, MA 02108-2003** | | | | | X | | X | **818.59** |
| Account No. | | | - | Title work | | | | |
| **Sutton Land Title Agency**<br>**1323 Highway 34**<br>**Aberdeen, NJ 07747** | | | | | X | | X | **33,158.20** |
| Account No. | | | - | SEE ATTACHED | | | | |
| **ZZ  SEE ATTACHED** | | | | | | | | **0.00** |

Sheet no. __**1**__ of __**1**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **44,110.49** |
| Total<br>(Report on Summary of Schedules) | **1,495,583.43** |

## Schedule F - Creditors Holding Unsecured Nonpriority Claims - Ocean Atlantic SPE LLC (Direct Lender Creditors Only)

| | P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Country | Date Claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| 1 | P-1195 | Martin A. Davis & Virginia Lee Davis Trustees of the Davis Family 2000 Trust | MARTIN & VIRGINIA DAVIS | 15 WHITEWATER DR | CORONA DEL MAR | CA | 92625 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 2 | P-1265 | Kathy  Azzinaro , an unmarried woman | KATHY AZZINARO | 1372 PUENTE AVE | SAN DIMAS | CA | 91773 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 3 | P-1572 | Michaelian Holdings, LLC, a Nevada limited liability company | MICHAELIAN HOLDINGS, LLC | 413 CANYON GREENS DR | LAS VEGAS | NV | 89144 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 4 | P-1772 | Kenneth B. Schulz & Mary Kay Bryan-Schulz, husband & wife, as joint tenants with right of survivorship | KENNETH & MARY KAY SCHULZ | 525 JONES DR | LAKE HAVASU CITY | AZ | 86406 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 5 | P-1788 | Michael H. Ricci, a married man dealing with his sole & separate property | MICHAEL H. RICCI | 1204 CAMBALLERIA DR. | CARSON CITY | NV | 89701 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |

| | P-number | Creditors Name And Mailing Address Including ZIP Code and Account Number | | | | | | | Date Claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Country | | | | | |
| 6 | P-1879 | Kenneth Jerry Goulding & Florie Goulding, husband & wife, as joint tenants with right of survivorship | KENNETH & FLORIE GOULDING | PO BOX 8173 | TRUCKEE | CA | 96162 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 7 | P-1882 | Wilmer H. Scharf Trustee of the Wilmer H. Scharf Living Trust dated 3/10/01 | WILMER H SCHARF | 517 CYPRESS LINKS AVE | HENDERSON | NV | 89012 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 8 | P-1945 | James E. Ahern, an unmarried man | JAMES E. AHERN | 6766 RUNNYMEDE DR | SPARKS | NV | 89436 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 9 | P-1986 | E. Grace Marston Trustee of the Marston Family Trust dated 8/13/93 | E GRACE MARSTON | 12441 ROAD 44 | MANCOS | CO | 81328 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 10 | P-2068 | First Savings Bank Custodian For Anne Flannery IRA | ANNE FLANNERY IRA | 723 HILLVIEW DR. | ARLINGTON | TX | 76011 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 11 | P-2183 | Norman Kiven, a married man dealing with his sole & separate property | NORMAN KIVEN | 30 NORTH LASALLE STREET, SUITE 3000 | CHICAGO | IL | 60602 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |

| | P-number | Creditors Name And Mailing Address Including ZIP Code and Account Number | | | | | | | Date Claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Country | | | | | |
| 12 | P-240 | KTaylorGO Investments, LTD, a Texas company | KTAYLORGO INVESTMENTS, LTD. | PO BOX 911209 | ST GEORGE | UT | 84791 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 13 | P-2580 | Walter E. Seebach Trustee of the Walter E. Seebach Living Trust dated 11/1/85 | WALTER E SEEBACH | 1118 MAYETTE AVE | SAN JOSE | CA | 95125 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 14 | P-2711 | Spectrum Capital, LLC, a California limited liability company | SPECTRUM CAPITAL, LLC | 6167 JARVIS AVE # 304 | NEWARK | CA | 94560 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 15 | P-2880 | B2PW, Oregon Partnership | B2PW | 1050 WILLAGILLESPIE RD STE 4 | EUGENE | OR | 97401 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 16 | P-2881 | Terrence R. Clark & Phyllis L. Clark Trustees of the Clark 1998 Trust | TERRENCE & PHYLLIS CLARK | 217 VIA LIDO NORD | NEWPORT BEACH | CA | 92663 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 17 | P-3029 | Dennis Raggi, a married man dealing with his sole & separate property | DENNIS RAGGI | PO BOX 10475 | ZEPHYR COVE | NV | 89448 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |

| | P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Country | Date Claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Creditors Name And Mailing Address Including ZIP Code and Account Number** | | | | | | | | | | |
| 18 | P-3219 | Gerard A. LaBossiere & Lucille LaBossiere Trustees of the LaBossiere Family Trust dated 3/20/1987 | GERARD & LUCILLE LABOSSIERE | 4255 WEDEKIND RD. #111 | SPARKS | NV | 9431-759 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 19 | P-3468 | Herbert Slovis, a single man  & Julie B. Slovis, a single woman as joint tenants with right of survivorship | HERBERT & JULIE SLOVIS | 50 NOTTINGHAM DR | OLD BRIDGE | NJ | 08857 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 20 | P-3482 | Jack Polen Trustee of the Jack & Gladys Polen Family Trust dated 6/28/88 | JACK POLEN | 3150 E TROPICANA AVE APT 234 | LAS VEGAS | NV | 89121 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 21 | P-3557 | Joseph Sterling & Theresa Sterling Trustees of the Sterling Family Trust dated 6/14/02 | JOSEPH & THERESA STERLING | 25236 VIA ENTRADA | LAGUNA NIGUEL | CA | 92677 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 22 | P-3815 | Robert J. Kehl & Ruth Ann Kehl, husband & wife, as joint tenants with right of survivorship | ROBERT & RUTH KEHL | 4963 MESA CAPELLA DR | LAS VEGAS | NV | 89148 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 23 | P-3866 | Simmtex, Inc., a Nevada corporation | SIMMTEX, INC. | 6160 MAJESTIC WIND AVE | LAS VEGAS | NV | 89122 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |

| | P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Country | Date Claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| 24 | P-4053 | Joseph A. Farrah & Emily T. Farrah Trustees of the Farrah Family Trust dated 9/18/03 | JOSEPH & EMILY FARRAH | 1410 MURCHISON DR | MILLBRAE | CA | 94030 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 25 | P-4070 | Richard T. Fiory Trustee of the Richard T. Fiory Revocable Trust dated 05/30/01 | RICHARD T FIORY | 55 NEW MONTGOMERY ST STE 805 | SAN FRANCISCO | CA | 94105 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 26 | P-4072 | Marietta Voglis, a married woman dealing with her sole & separate property | MARIETTA VOGLIS | 3333 Allen Parkway #1102 | Houston | TX | 77019 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 27 | P-4101 | Donald T. Flood & Betty R. Flood Trustees of the Flood Family Trust dated 12/24/85 | DONALD & BETTY FLOOD | 2520 CANYON CREST WAY #2 | CHEWELAH | WA | 99109 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 28 | P-4171 | John S. Borkoski & Kathleen Borkoski, husband & wife, as joint tenants with rights of survivorship | JOHN & KATHLEEN BORKOSKI | 1110 ELO RD | MCCALL | ID | 83638 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |

*Creditors Name And Mailing Address Including ZIP Code and Account Number*

| | P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Country | Date Claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Creditors Name And Mailing Address Including ZIP Code and Account Number** | | | | | | | | | | | |
| 29 | P-4184 | Consuelo B. Alfonso, an unmarried woman & Joani A. Alfonso-Littrell, a married woman dealing with her sole & sepatate property, as joint tenants with right of survivorship | CONSUELO B. ALFONSO & JOANI A. ALFONSO-LITTRELL | 953 BRIDGEPORT WAY | RIO VISTA | CA | 94571 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 30 | P-4255 | Harold E Jensen & Norma Lea Jensen Co-Managers of the Durand  Jensen Family Ltd Partnership | HAROLD & NORMA JENSEN | 1330 GEORGIA AVE, APT 401 | BOULDER CITY | NV | 89005 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 31 | P-4269 | Charles Harper & Evangeline Harper, husband & wife, as joint tenants with right of survivorship | CHARLES & EVANGELINE HARPER | 360 BRET HARTE AVE | RENO | NV | 89509 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 32 | P-48 | Bernard A. Kloenne Trustee of the Bernard Kloenne Living Trust dated 10/10/86 | BERNARD KLOENNE | 2704 E. LARKHILL DRIVE | WEST COVINA | CA | 91791 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |

| | P-number | Creditors Name And Mailing Address Including ZIP Code and Account Number | | | | | | | Date Claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Country | | | | | |
| 33 | P-4871 | Jack R. Clark & Linda C. Reid, husband & wife, as joint tenants with right of survivorship | JACK R. CLARK & LINDA C. REID | 9900 WILBUR MAY PKWY APT 4701 | RENO | NV | 89521 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 34 | P-4933 | Kami Banos & William A. Banos, husband & wife, as joint tenants with right of survivorship | KAMI & WILLIAM BANOS | 7431 DORIE DR | WEST HILLS | CA | 91307 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 35 | P-4968 | Bruce H. Corum Trustee of the Credit Shelter Trust | BRUCE H CORUM | 528 MONTEREY DR | APTOS | CA | 95003 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 36 | P-4977 | Mark L. Eames & Sandra K. Eames, husband & wife, as joint tenants with right of survivorship | MARK & SANDRA EAMES | 7849 S VALENTIA ST | CENTENNIAL | CO | 80112 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 37 | P-5276 | Richard N. Dahlke, a married man dealing with his sole & separate property | RICHARD N. DAHLKE | 25 HARMONY LN | WALNUT CREEK | CA | 94597 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 38 | P-5402 | Zawacki, a California LLC | KENNETH ZAWACKI | PO BOX 5156 | BEAR VALLEY | CA | 95223 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |

| | P-number | Creditors Name And Mailing Address Including ZIP Code and Account Number | | | | | | | Date Claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Country | | | | | |
| 39 | P-5405 | Barbara McClaflin Trustee of the Revocable Living Trust Agreement of Barbara Fay McClaflin | BARBARA MCCLAFLIN | 607 MYSTIC LANE | FOSTER CITY | CA | 94404 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 40 | P-5490 | Darin B. Iverson & Tamara C. Iverson Trustees of the Iverson Family Trust dated 5/14/01 | DARIN & TAMARA IVERSON | 1001 AVENIDA PICO, SUITE C-508 | SAN CLEMENTE | CA | 92673 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 41 | P-5518 | First Savings Bank Custodian For Albert Blumenthal IRA | ALBERT BLUMENTHAL IRA | 6 HERITAGE CT | ATHERTON | CA | 94027 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 42 | P-5520 | Kathleen K. Borkoski Trustee of the Kali Gene Borkoski Trust dated 12/21/89 | Kathleen Borkoski | 1110 ELO RD | MCCALL | ID | 83638-512 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 43 | P-5521 | Kathleen K. Borkoski Trustee of the Austin John Borkoski Trust dated 12/10/92 | THE AUSTIN JOHN BORKOSKI TRUST DTD 12/10/92 | 1110 ELO RD | MCCALL | ID | 83638 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |

| | P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Country | Date Claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Creditors Name And Mailing Address Including ZIP Code and Account Number** | | | | | | | | | |
| 44 | P-5981 | Bernardo G. Gregorio & Corazon S. M. Gregorio, husband & wife, as joint tenants with right of survivorship | BERNARDO & CORAZON GREGORIO | 7195 IRON OAK AVE | LAS VEGAS | NV | 89113 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 45 | P-6002 | Richard Glenn Leiby & Carol K. Leiby Trustees of the Leiby Family 1992 Trust dated 7/8/92 | RICHARD & CAROL LEIBY | 3101 BROWNBIRDS NEST DR | HENDERSON | NV | 89052 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 46 | P-6044 | First Regional Bank Custodian For Irwin Levine IRA C/O Pollycomp | FIRST REGIONAL BANK CUSTODIAN FOR IRWIN LEVINE IRA C/O POLLYCOMP | 6400 CANOGA AVE #250 | WOODLAND HILLS | CA | 91367 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 47 | P-6129 | S & P Davis Limited Partnership, a Texas Partnership | S & P DAVIS LIMITED PARTNERSHIP | 737 Bannerman Lane | FORT MILL | SC | 29715 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 48 | P-6193 | Andrew A. Welcher & Rosanne Welcher Trustees of The Welcher Family Trust dated 7/13/99 | ANDREW & ROSANNE WELCHER | 1175 CHURCH ST | VENTURA | CA | 93001 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |

| | P-number | Creditors Name And Mailing Address Including ZIP Code and Account Number | | | | | | | Date Claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Country | | | | | |
| 49 | P-6218 | Brian H. Busse & Dawn Busse, husband & wife, as joint tenants with right of survivorship | BRIAN & DAWN BUSSE | 37 WILLOW WISP TER | HENDERSON | NV | 89074 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 50 | P-6220 | Gerald L. Bittner, Sr. DDS Inc Profit Sharing Plan & Trust dated 1/15/91 | GERALD L. BITTNER, SR. DDS | 14067 APRICOT HL | SARATOGA | CA | 95070 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 51 | P-6272 | Theodora Gottwald, an unmarried woman | THEODORA GOTTWALD C/O BARBARA BURT | 7 VISTA DRIVE | LA SELVA BEACH | CA | 95076 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 52 | P-6312 | Adib M. Al-Awar & Ellen A. Al-Awar Trustees of the Al-Awar Living Trust dated 04/05/01 | ADIB & ELLEN AL-AWAR | 1330 BURRO CT | GARDNERVILLE | NV | 89410 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 53 | P-6687 | Patricia Ann Webber Trustee of the Webber Family Trust dated 10/31/89 | PATRICIA ANN WEBBER | 9072 PROSPERITY WAY | FT. MEYERS | FL | 33913 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 54 | P-6740 | Edward W. Homfeld, an unmarried man | EDWARD W. HOMFELD | 2515 N ATLANTIC BLVD | FT LAUDERDALE | FL | 33305 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |

| | P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Country | Date Claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Creditors Name And Mailing Address Including ZIP Code and Account Number** | | | | | | | | | | | |
| 55 | P-6802 | Robert P. Anderson, Trustee of the Robert P. Anderson Revocable Living Trust dated 10/22/01 | ROBERT P. ANDERSON | 3363 ROLAN CT | LAS VEGAS | NV | 89121 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 56 | P-6848 | William A. Zadel Trustee of the William A. Zadel Revocable Family Trust dated 4/11/96 | WILLIAM A. ZADEL | PO BOX 1817 | PAROWAN | UT | 84761 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 57 | P-6849 | John L. Willis, Jr., an unmarried man | JOHN L. WILLIS, JR. | 9072 PROSPERITY WAY | FORT MYERS | FL | 33913 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 58 | P-6921 | Michael Donahue, a married man, as his sole & separate property | MICHAEL DONAHUE | 1795 NEWHALL AVE | CAMBRIA | CA | 93428 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 59 | P-6954 | Marsha G. Vieira, an unmarried woman | MARSHA G. VIEIRA | 110 EGRET PL | GRASS VALLEY | CA | 95945 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 60 | P-7031 | Robert C. Toombes and Patsy G. Toombes, husband and wife, as joint tenants with the right of survivorship | ROBERT & PATSY TOOMBES | PO BOX 11665 | ZEPHYR COVE | NV | 89448 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |

11

| | P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Country | Date Claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Creditors Name And Mailing Address Including ZIP Code and Account Number** | | | | | | | | | | |
| 61 | P-7096 | M. Anne Riccio | M. ANNE RICCIO | 5 OAK BROOK CLUB DR APT P4N | OAK BROOK | IL | 60523 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 62 | P-7117 | Aimee E. Kearns, Trustee of the KM Trust | AIMEE E. KEARNS | 5886 N BONITA VISTA ST | LAS VEGAS | NV | 89149 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 63 | P-7122 | First Savings Bank Custodian for Anton Trapman Roth IRA | ANTON TRAPMAN ROTH IRA | 2605 E FLAMINGO ROAD | LAS VEGAS | NV | 89121 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 64 | P-7208 | Suksamarn C. Taylor, an unmarried woman | SUKSAMARN C. TAYLOR | 4602 NEIL RD APT 94 | RENO | NV | 89502 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 65 | P-7223 | Aimee E. Kearns Trustee of the Murray Trust | AIMEE E KEARNS | 5886 N BONITA VISTA ST | LAS VEGAS | NV | 89149 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 66 | P-7245 | Melissa A. Fernandes, a single woman, and Dionisio Fernandes, a married man,  as joint tenants with right of survivorship | MELISSA & DIONISIO FERNANDES | 4001 OAK MANOR CT | HAYWARD | CA | 94542 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |

| | P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Country | Date Claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Creditors Name And Mailing Address Including ZIP Code and Account Number** | | | | | | | | | | |
| 67 | P-7363 | Penny Miller and Brian J. Miller, husband and wife, as joint tenants with right of survivorship | PENNY & BRIAN MILLER | PO BOX 495 | ZEPHYR COVE | NV | 89448 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 68 | P-7364 | Miller Properties, A Nevada Limited Partnership | MILLER PROPERTIES | PO BOX 495 | ZEPHYR COVE | NV | 89448 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 69 | P-7380 | Cynthia DeVito, a married woman | CYNTHIA DEVITO | 1040 N LAKE SHORE DR APT 17B | CHICAGO | IL | 60611 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 70 | P-7394 | Ronald C. Shackelford, Trustee of the Shackelford Family Trust dated 9/21/04 | RONALD C. SHACKELFORD | 23381 SAINT ANDREWS | MISSION VIEJO | CA | 92692 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 71 | P-7438 | John A. McAfee and Jennifer A. McAfee, husband and wife as joint tenants with the right of survivorship | JOHN & JENNIFER MCAFEE | 2117 BROOKE BEND | JUNCTION CITY | KS | 66441 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 72 | P-7441 | Robert D. Lurie and Lois J. Swanson, husband and wife as joint tenants with the right of survivorship | ROBERT D. LURIE & LOIS J. SWANSON | 11812 MARBLE ARCH DR | NORTH TUSTIN | CA | 92705 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |

| | P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Country | Date Claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Creditors Name And Mailing Address Including ZIP Code and Account Number** | | | | | | | | | | | |
| 73 | P-7465 | James H. LeCourt and Louise M. LeCourt, husband and wife, as joint tenants with right of survivorship | JAMES & LOUISE LECOURT | 1310 ROSSINI ST. | HENDERSON | NV | 89052 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 74 | P-7522 | Anne E. Abrams Trustee of the Abrams Living Trust dtd 10/23/96 | ANNE E. ABRAMS | 10490 WILSHIRE BLVD APT 703 | LOS ANGELES | CA | 90024 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 75 | P-7534 | Donald W. Spring and Evelyn Mae Spring, husband and wife, as joint tenants with the right of survivorship | DONALD & EVELYN SPRING | 3153 CANYON OAKS TER | CHICO | CA | 95928 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 76 | P-7539 | Malden Ventures Ltd. Defined Benefit Pension Plan | MALDEN VENTURES LTD. DEFINED BENEFIT PENSION PLAN | PO BOX 10162 | ZEPHYR COVE | NV | 89448 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 77 | P-7542 | Lionel Saenz and Rosario D. Saenz, Trustees of the L and R Saenz Family Trust | LIONEL & ROSARIO SAENZ | 281 ANDOVER RIDGE CT | HENDERSON | NV | 89012 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 78 | P-7549 | Andrzej Belski and Krystyna T. Belski, Trustees of the Belski 2003 Revocable Trust | ANDRZEJ & KRYSTYNA BELSKI | 11413 VALLEY OAK DR | OAKDALE | CA | 95361 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |

| | P-number | Creditors Name And Mailing Address Including ZIP Code and Account Number | | | | | | | Date Claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Country | | | | | |
| 79 | P-7550 | Lyle O. Keys and Melissa W. Keys, husband and wife, as joint tenants with the rights of survivorship | LYLE & MELISSA KEYS | 432 VIA VENTANA DR | MESQUITE | NV | 89027 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 80 | P-7551 | Don L. Barnes and Miriam M. Tucker-Barnes, husband and wife, as joint tenants with right of survivorship | DON & MIRIAM BARNES | 13725 CAYO CANTILES ST | CORPUS CHRISTI | TX | 78418 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 81 | P-7553 | Curtis G. Kastler, a married man | CURTIS G. KASTLER | 1082 HACIENDA DR | SIMI VALLEY | CA | 93065 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 82 | P-7557 | Joseph W. Andreski & Martha Andreski, husband and wife, as joint tenants with right of survivorship | JOSEPH & MARTHA ANDRESKI | 4991 Sound View Dr. | MT. PLEASANT | SC | 29466 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 83 | P-7561 | Donald Besemer, an unmarried man | DONALD BESEMER | P.O. BOX 1103 | GRASS VALLEY | CA | 95945 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |

| | P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Country | Date Claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Creditors Name And Mailing Address Including ZIP Code and Account Number** | | | | | | | | | | | |
| 84 | P-7563 | Priscilla M. Guptail, an unmarried woman, and Priscilla K. Addy, a married woman dealing with her sole & separate property, as joint tenants with right of survivorship | PRISCILLA M. ADDY | 21675 OBSIDIAN AVE. | BEND | OR | 97702 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 85 | P-7568 | Cole S. Smith, a married man dealing with his sole & separate property | COLE S. SMITH | PO BOX 2410 | MINDEN | NV | 89423 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 86 | P-7569 | Francesco Soro, Trustee of the Francesco Soro Retirement Plan dated 1/1/99 | FRANCESCO SORO | PO BOX 34602 | LAS VEGAS | NV | 89133 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 87 | P-7581 | Kristin A. Olivas, a married woman | KRISTIN A. OLIVAS | 3909 NE 89TH WAY | VANCOUVER | WA | 98665 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 88 | P-7582 | G & L Nelson Limited Partnership | G & L NELSON LIMITED PARTNERSHIP | 11205 MESSINA WAY | RENO | NV | 89521 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |

| | P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Country | Date Claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Creditors Name And Mailing Address Including ZIP Code and Account Number** | | | | | | | | | | | |
| 89 | P-7590 | Marjorie Y. Berlin, an unmarried woman, transfer on death to Brooke A. Berlin | MARJORIE Y. BERLIN | 3601 ARAPAHOE AVE UNIT 203 | BOULDER | CO | 0303-157 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 90 | P-7615 | Jerry Pietryk and LeeAnn Pietryk, husband and wife, as Joint Tenants with Right of Survivorship | JERRY & LEEANN PIETRYK | 3131 KEWANEE LANE | NAPERVILLE | IL | 60564 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 91 | P-7623 | Montgomery A. Graf and Mallory Salmero-Graf, husband and wife, as joint tenants with right of survivorship | MONTGOMERY & MALLORY GRAF | 1112 NORIEGA ST | SAN FRANCISCO | CA | 94122 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 92 | P-7710 | Terrance H. Smith, a single man | TERRANCE H. SMITH | 22 PELICAN PL | BELLEAIR | FL | 33756 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 93 | P-7760 | Chai Miller LLC | CHAI MILLER LLC ATTN: AVI BARASHI | P.O. BOX 81191 | LAS VEGAS | NV | 89180 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 94 | P-7821 | Elsie L. Carson, Trustee of the Carson Family Trust dated 11/19/04 | ELSIE L CARSON | 7820 SETTLERS RIDGE LN | LAS VEGAS | NV | 89145 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |

| | P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Country | Date Claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Creditors Name And Mailing Address Including ZIP Code and Account Number** | | | | | | | | | | | |
| 95 | P-7828 | Joseph Farrah, Nicholas J. Farrah & Michael R. Farrah, Trustees of the Julia Farrah Revocable Trust dated 10-8-92 | JOSEPH FARRAH, NICHOLAS J. FARRAH & MICHAEL R. FARRAH | 1410 MURCHISON DRIVE | MILLBRAE | CA | 94030 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 96 | P-7835 | Lisa M. Hollifield | LISA M. HOLLIFIELD | 2192 S. CROSSCREEK LANE | BOISE | ID | 83706 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 97 | P-7839 | Compass Partners LLC | COMPASS PARTNERS LLC | 333 SEVENTH AVENUE, THIRD FLOOR | NEW YORK | NY | 10001 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 98 | P-800 | John Manter, an unmarried man | JOHN MANTER | 1449 TIROL DR | INCLINE VILLAGE | NV | 89451 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 99 | P-859 | Linda Broders, an unmarried woman | LINDA BRODERS | 86 CORSICA DR | NEWPORT BEACH | CA | 92660 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 100 | P-879 | Robert A. Kehl & Tina M. Kehl, husband & wife, as joint tenants with right of survivorship | ROBERT & TINA KEHL | 9001 LINCOLN RD | FULTON | IL | 61252 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |

| | P-number | Creditors Name And Mailing Address Including ZIP Code and Account Number | | | | | | | Date Claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Country | | | | | |
| 101 | P-89 | Matthew Molitch Trustee of the Molitch 1997 Trust | MATTHEW MOLITCH | 11262 Corsica Mist Ave | LAS VEGAS | NV | 89135 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 102 | P-929 | Daniel D. Newman Trustee of the Daniel D. Newman Trust dated 11/1/92 | DANIEL D. NEWMAN | 125 ELYSIAN DR. | SEDONA | AZ | 86336 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 103 | P-95 | Robert S. Dobyne & Leah K. Dobyne Trustees of the Dobyne Living Trust | ROBERT  & LEAH K DOBYNE | 3416 CANTURA BLUFF AVE | NORTH LAS VEGAS | NV | 89031 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |
| 104 | P-99 | Harold B. Miller Trustee of the 1994 Miller Family Trust | HAROLD B MILLER | 8800 KINGSMILL DR | LAS VEGAS | NV | 89134 | USA | February 16, 2007 Alleged B/K & torts Setoff Contested | x | x | x | TBD |

B6G (Official Form 6G) (12/07)

.

In re    **Ocean Atlantic SPE LLC**                                         ,          Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Century 21 Lemar**<br>**605 S. Bridge Street**<br>**Yorkville, IL 60560** | **Brokerage Contract for sale of real property** |
| **SITUS, Inc.**<br>**4665 Southwest Freeway**<br>**Houston, TX 77027** | **Brokerage Contract for sale of real property** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Ocean Atlantic SPE LLC**                                                      ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    **Ocean Atlantic SPE LLC**
_____     Case No. _____
                            Debtor(s)       Chapter    **11**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer and Corporate Counsel of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**12**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October 14, 2009**_____     Signature    **/s/ Sara Pfrommer**_____
                                                            **Sara Pfrommer**
                                                            **Chief Restructuring Officer and Corporate Counsel**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re   **Ocean Atlantic SPE LLC** _____   Case No. _____

                            Debtor(s)        Chapter   **11** _____

# STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

           AMOUNT               SOURCE

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

           AMOUNT               SOURCE

2

### 3. Payments to creditors

None
■

**Complete a. or b., as appropriate, and c.**

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

### 6. Assignments and receiverships

None ■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None □
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Klestadt & Winters, LLP 292 Madison Avenue, 17th Floor New York, NY 10017** | **10/09/2009** | **$300,000.00 Paid by Asset Resolution, LLC** |
| **Bryan Cave LLP 120 Broadway, Suite 300 Santa Monica, CA 90401-2386** | **09/25/2009** | **$300,000 Retainer** |

4

**10. Other transfers**

None
■
   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■
   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■
   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■
   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■
   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■
   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

5

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None


a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Asset Resolution LLC**<br>**333 Seventh Avenue, Third Fl.**<br>**New York, NY 10001** | **August 24, 2009 through current date** |
| **Servicing Oversight Solutions**<br>**11 Talcott Notch Road**<br>**Farmington, CT 06032** | **August 24, 2009 through current date** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Asset Resolution LLC** | **333 Seventh Avenue, Third Fl.**<br>**New York, NY 10001** |

7

| NAME | ADDRESS |
|------|---------|
| **Servicing Oversight Solutions LLC** | **11 Talcott Notch Road**<br>**Farmington, CT 06032** |

None

■     d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS        DATE ISSUED

### 20. Inventories

None

■     a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None

■     b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None

■     a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None

☐     b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Asset Resolution LLC**<br>**333 Seventh Avenue, Third Fl.**<br>**New York, NY 10001** | **Managing Member** | **100%** |

### 22 . Former partners, officers, directors and shareholders

None

■     a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None

■     b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None

■     If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

8

**24. Tax Consolidation Group.**

None
☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                   TAXPAYER IDENTIFICATION NUMBER (EIN)

**Asset Resolution, LLC**                                                   **26-3529915**

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                         TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **October 14, 2009**                    Signature   **/s/ Sara Pfrommer**

**Sara Pfrommer**
**Chief Restructuring Officer and Corporate Counsel**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

.

# United States Bankruptcy Court
## Southern District of New York

In re    **Ocean Atlantic SPE LLC**                         ,        Case No. _____

                                 Debtor         Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Asset Resolution LLC** <br> **333 Seventy Avenue, Third Fl.** <br> **New York, NY 10001** | | | **Managing Member** |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Chief Restructuring Officer and Corporate Counsel of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **October 14, 2009**                 Signature   **/s/ Sara Pfrommer**

                                                **Sara Pfrommer**

                                                **Chief Restructuring Officer and Corporate Counsel**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re    **Ocean Atlantic SPE LLC** _____     Case No. _____

Debtor(s)     Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Ocean Atlantic SPE LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Asset Resolution LLC**
**333 Seventy Avenue, Third Fl.**
**New York, NY 10001**

☐ None [*Check if applicable*]

**October 14, 2009** _____          **/s/ Tracy Klestadt** _____
Date          **Tracy Klestadt**
          Signature of Attorney or Litigant
          Counsel for   **Ocean Atlantic SPE LLC** _____
          **Bryan Cave LLP**
          **1290 Avenue of the Americas**
          **New York, NY 10104**
          **212-541-2000 Fax:212-541-4630**