# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re ) Case No. 2:09-bk-32878-RCJ
)
Ocean Atlantic SPE LLC ) IN PROCEEDINGS UNDER CHAPTER 7
)
Debtor(s) ) NOTICE OF UNCLAIMED FUNDS
)

TO: Clerk, United States Bankruptcy Court

FROM: William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| T 09 | Compass<br>333 Seventh Ave Third Fl<br>NY NY 10001 | | $ 8,629.22 |
| T 14 | Theodora Gottwald<br>17 Coast Oak Wy<br>San Rafael CA 94903 | | $ 5,526.63 |
| T 17 | Charles & Evangeline Harper<br>275 Neighborhood Wy #262<br>Spanish Springs NV 89441 | | $ 5,945.73 |
| T 20 | Durand Jensen family LTD Patnership<br>3275 S Jones Blvd Ste 106<br>Las Vegas NV 89146 | | $ 5,526.63 |
| | Sub -Totals | $ 0.00 | $ 25,628.21 |
| | Total check | | $ 25,628.21 |

Date: December 1, 2016

Trustee William A. Leonard, Jr.