# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | § | Case No. 2:09-BK-32878-RCJ |
| | § | |
| Ocean Atlantic SPE LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

William A. Leonard, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,170,751.57 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $120,649.78 | | |

3) Total gross receipts of $1,291,401.35 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $1,291,401.35 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $4,240.30 | $0.00 | $1,132,448.21 | $1,132,422.90 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $107,489.78 | $120,649.78 | $120,649.78 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $7,123,442.22 | $0.00 | $38,356.65 | $38,328.67 |
| **Total Disbursements** | $7,127,682.52 | $107,489.78 | $1,291,454.64 | $1,291,401.35 |

4). This case was originally filed under chapter 11 on 10/14/2009. The case was converted to one under Chapter 7 on 01/29/2010. The case was pending for 89 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/22/2017    By:  /s/ William A. Leonard, Jr.
                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 127.18 acres of vacant land located in Yorkville | 1110-000 | $1,280,000.00 |
| Escrows being held | 1221-000 | $11,397.50 |
| Interest Earned | 1270-000 | $3.85 |
| **TOTAL GROSS RECEIPTS** | | $1,291,401.35 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| T27 | 1194 Miller Family Trust c/o Harold B. Miller, Trustee | 4110-000 | $0.00 | $0.00 | $5,748.56 | $5,748.56 |
| T06 | Belski 2003 Revocable Trust | 4110-000 | $0.00 | $0.00 | $5,538.56 | $5,538.56 |
| T16 | Bernardo G. Gregorio & Corazon M. Gergorio | 4110-000 | $0.00 | $0.00 | $11,757.12 | $11,757.12 |
| T01 | Bickel & Brewer | 4110-000 | $0.00 | $0.00 | $663,766.27 | $663,766.27 |
| T08 | Brian H. Busse & Dawn Busse, husband & wife as JTWROS | 4110-000 | $0.00 | $0.00 | $11,757.12 | $11,757.12 |
| T10 | Bruce H. Corum, Trustee of the Credit Shelter Trust | 4110-000 | $0.00 | $0.00 | $12,177.12 | $12,177.12 |
| T05 | Chai Miller, LLC | 4110-000 | $0.00 | $0.00 | $55,893.60 | $55,893.60 |
| T17 | Charles Harper & Evangeline Harper as JTWROS | 4110-000 | $0.00 | $0.00 | $5,958.56 | $5,945.73 |
| T09 | Compass | 4110-000 | $0.00 | $0.00 | $8,647.84 | $8,629.22 |
| T20 | Durand Jensen Family Ltd Partnership | 4110-000 | $0.00 | $0.00 | $5,538.56 | $5,526.63 |
| T18 | Edward W. Homfeld, and | 4110-000 | $0.00 | $0.00 | $11,757.12 | $11,757.12 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | unmarried man | | | | | |
| T12 | First Savings Bank custodian for Anne Flannery IRS | 4110-000 | $0.00 | $0.00 | $5,538.56 | $5,538.56 |
| T19 | Iverson Family Trust dated 5/14/01 | 4110-000 | $0.00 | $0.00 | $5,958.56 | $5,958.56 |
| T29 | Jack & Gladys Polen Family Trust dated 6/28/1988 J | 4110-000 | $0.00 | $0.00 | $5,538.56 | $5,538.56 |
| T24 | James H. Lecourt & Louise M. Lecourt | 4110-000 | $0.00 | $0.00 | $5,538.56 | $5,538.56 |
| T02 | Jospeh W. Andreski & Martha Andreski | 4110-000 | $0.00 | $0.00 | $5,538.56 | $5,538.56 |
| T04 | Kathy Azzinaro | 4110-000 | $0.00 | $0.00 | $5,538.56 | $5,538.56 |
| | Kendall County Assessor's Offi | 4110-000 | $3,161.14 | $0.00 | $0.00 | $0.00 |
| T21 | Km Trust | 4110-000 | $0.00 | $0.00 | $11,757.12 | $11,787.12 |
| T30 | L & R Saenz Family Trust c | 4110-000 | $0.00 | $0.00 | $5,538.56 | $5,538.56 |
| T07 | Linda Broders, and unmarried woman | 4110-000 | $0.00 | $0.00 | $5,538.56 | $5,538.56 |
| T23 | Lyle O. Keys & Melissa W. Keys | 4110-000 | $0.00 | $0.00 | $5,538.56 | $5,538.56 |
| T25 | Maiden Ventures Ltd. Defined Benefit Pension Plan | 4110-000 | $0.00 | $0.00 | $5,538.56 | $5,538.56 |
| T26 | Miller Properties | 4110-000 | $0.00 | $0.00 | $5,958.56 | $5,958.56 |
| T15 | Montogomery A Graf & Mallory Salmero-Graf H&W JTRS | 4110-000 | $0.00 | $0.00 | $5,538.56 | $5,538.56 |
| T22 | Murray Trust c/o Aimee E. Kearns | 4110-000 | $0.00 | $0.00 | $5,538.56 | $5,538.56 |
| T28 | Penny Miller & Brian J Miller | 4110-000 | $0.00 | $0.00 | $5,958.56 | $5,958.56 |
| T13 | R. Freund Generation Skipping Trust under Anne E Abrams Livi | 4110-000 | $0.00 | $0.00 | $5,748.56 | $5,748.56 |
| T35 | Robert C. Toombes & Patsy G. Toombes, JTWROS | 4110-000 | $0.00 | $0.00 | $5,958.56 | $5,958.56 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| T34 | Suksamarn C. Taylor, an unmarried woman | 4110-000 | $0.00 | $0.00 | $5,538.56 | $5,538.56 |
| | Tax Lien Investments | 4110-000 | $1,079.16 | $0.00 | $0.00 | $0.00 |
| T33 | Terrance H. Smith, a single man | 4110-000 | $0.00 | $0.00 | $11,757.12 | $11,757.12 |
| T11 | The G Elbert Generation Skipping Tr under Anne E. Abrams Liv | 4110-000 | $0.00 | $0.00 | $5,748.56 | $5,748.56 |
| T14 | Theodora Gottwald, Trustee for the Revoable Trust 9/8/2006 | 4110-000 | $0.00 | $0.00 | $5,538.56 | $5,526.63 |
| REC | Tom Grimmett | 4210-000 | $0.00 | $0.00 | $5,463.67 | $5,463.67 |
| T32 | Walter E. Seebach Living Trust dated 1/11/85 | 4110-000 | $0.00 | $0.00 | $30,622.80 | $30,622.80 |
| T03 | William A. Leonard, Trustee | 4110-000 | $0.00 | $0.00 | $161,437.87 | $161,437.87 |
| T31 | Wilmer H. Scharf Living Trust dated 3/10 | 4110-000 | $0.00 | $0.00 | $5,536.56 | $5,536.56 |
| **TOTAL SECURED CLAIMS** | | | $4,240.30 | $0.00 | $1,132,448.21 | $1,132,422.90 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| William A. Leonard, Trustee, Trustee | 2200-000 | NA | $0.00 | $9,760.00 | $9,760.00 |
| Bond Refund | 2300-000 | NA | ($11.21) | ($11.21) | ($11.21) |
| International Sureties, Ltd | 2300-000 | NA | $1,159.47 | $1,159.47 | $1,159.47 |
| Atty Fees | 2500-000 | NA | $2,500.00 | $2,500.00 | $2,500.00 |
| Cross Disposition Fee | 2500-000 | NA | $52,350.00 | $52,350.00 | $52,350.00 |
| Cross Fees | 2500-000 | NA | $19,740.00 | $19,740.00 | $19,740.00 |
| Escrow Fee | 2500-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Fees Title Company Owners policy | 2500-000 | NA | $1,920.00 | $1,920.00 | $1,920.00 |
| Rent Owed | 2500-000 | NA | $1,481.10 | $1,481.10 | $1,481.10 |
| Title Company Fees Courier | 2500-000 | NA | $50.00 | $50.00 | $50.00 |
| Title Exam | 2500-000 | NA | $999.00 | $999.00 | $999.00 |

| | | | | | |
|---|---|---|---|---|---|
| Title Search | 2500-000 | NA | $8,340.28 | $8,340.28 | $8,340.28 |
| Integrity Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| The Bank of New York Mellon | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| County Tax | 2820-000 | NA | $640.00 | $640.00 | $640.00 |
| State Tax | 2820-000 | NA | $1,280.00 | $1,280.00 | $1,280.00 |
| Taxes | 2820-000 | NA | $16,041.14 | $16,041.14 | $16,041.14 |
| Sullivan Hill, Attorney for Trustee | 3210-000 | NA | $0.00 | $3,400.00 | $3,400.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $107,489.78 | $120,649.78 | $120,649.78 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| ARCA | Asset Resolution | 7100-000 | $12,462.82 | $0.00 | $30,009.76 | $29,987.87 |
| ARCB | Asset Resolution | 7100-000 | $5,615,395.97 | $0.00 | $8,346.89 | $8,340.80 |
| | City of Yorkville | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Goold, Patterson, Ales & Day | 7100-000 | $1,472.94 | $0.00 | $0.00 | $0.00 |
| | Greenburg Traurig, LLP | 7100-000 | $1,450,000.00 | $0.00 | $0.00 | $0.00 |
| | Illinois Department of Revenue | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Jaffe Raitt Heuere & Weiss | 7100-000 | $10,133.70 | $0.00 | $0.00 | $0.00 |
| | Riemer Braunstein | 7100-000 | $818.59 | $0.00 | $0.00 | $0.00 |
| | Sutton Land Title Agency | 7100-000 | $33,158.20 | $0.00 | $0.00 | $0.00 |
| | ZZ SEE ATTACHED | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $7,123,442.22 | $0.00 | $38,356.65 | $38,328.67 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 09-32878-RCJ | Trustee Name: | William A. Leonard, Jr. |
|---|---|---|---|
| Case Name: | Ocean Atlantic SPE LLC | Date Filed (f) or Converted (c): | 01/29/2010 (c) |
| For the Period Ending: | 6/22/2017 | §341(a) Meeting Date: | 03/08/2010 |
| | | Claims Bar Date: | 07/26/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   127.18 acres of vacant land located in Yorkville | $902,500.00 | $0.00 | | $1,280,000.00 | FA |
| **Asset Notes:**   Orig. Asset Memo: Imported from original petition Doc# 5 | | | | | |
| 2   Cause of action against the borrower and guarant | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Orig. Asset Memo: Imported from original petition Doc# 5 | | | | | |
| 3   Escrows being held                                           (u) | Unknown | $11,397.50 | | $11,397.50 | FA |
| INT   Interest Earned                                              (u) | Unknown | Unknown | | $3.85 | FA |

**TOTALS (Excluding unknown value)**                                                                                                **Gross Value of Remaining Assets**
                            $902,500.00         $11,397.50                        $1,291,401.35                    $0.00

**Major Activities affecting case closing:**
   Asset Management assiged to cross FLS by vote of DLs.  All files transferred

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2     Exhibit 8

| Case No.: | 09-32878-RCJ | Trustee Name: | William A. Leonard, Jr. |
|---|---|---|---|
| Case Name: | Ocean Atlantic SPE LLC | Date Filed (f) or Converted (c): | 01/29/2010 (c) |
| For the Period Ending: | 6/22/2017 | §341(a) Meeting Date: | 03/08/2010 |
| | | Claims Bar Date: | 07/26/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

All files transferred to Cross

09-32851
Administratively consolidated
LEAD CASE
Asset Resolution, 09-32824 ; DE LLC
Bundy 2.5 Million SPC, LLC 09-32831; CA LLC
Bundy Five Million SPC,LLC, 09-32839; CA LLC
CFP Anchor B SPE, LLC, 09-32843; TX LLC
CFP Cornman Toltec SPC, LLC, 09-32844; AZ LLC
CFP Gess SPC,LLC, 09-32846; TX LLC
CFP Gramercy SPE, LLC, 09-32849  TX LLC
Fiesta Stoneridge, LLC 09-32851; CA LLC
Fox Hills SPE, LLC, 09-32853  CA LLC
HFAC Monaco SPE LLC, 09-32868; DE LLC
Huntsville SPE, LLC, 09-32873; TX LLC
Lake Helen Partners SPE,LLC, 09-32875; DE LLC
Ocean Atlantic SPC, LLC, 09-32878;  DE LLC
Shamrock SPE, LLC, 09-32880; DE LLC
10-90 SPE, LLC, 09-32882; CA LLC

Judge Jones has held that all of the Asset Reolution cases are to treated as trust.  The beneficaries to the trusts are the direct lenders (L) to the various estates and sub estates.  The DLs may vote to take any action with respect to their interests to sell, develop, lease or anything they want based on the majority vote.  The bankruptate exists to prevent the properties from being lost to foreclosure.  Creditors to these estates will have a lesser priority that the DLs and will not be paid until the DLs are reimbursed in full for their investment.

Those estates that were an SPE and filed a separate bankruptcy will be treated the same as above.  Those estates that are not clearly identified will be treated as sub estates and handled as a trust.  Those sub estates are accounted for in Trustworks and the other estates in Caselink.

Litigation intensive - read the docket.

| Initial Projected Date Of Final Report (TFR): | 03/31/2013 | Current Projected Date Of Final Report (TFR): | 04/21/2017 | /s/ WILLIAM A. LEONARD, JR. |
|---|---|---|---|---|
| | | | | WILLIAM A. LEONARD, JR. |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-32878-RCJ | | Trustee Name: | William A. Leonard, Jr. |
|---|---|---|---|---|
| Case Name: | Ocean Atlantic SPE LLC | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***4225 | | Money Market Acct #: | ******8865 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 10/14/2009 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/22/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | BALANCE |
| 12/15/2011 | | Republic Title of Texas | Sale of land | * | $1,002,186.98 | | $1,002,186.98 |
| | | | Title Company Fees Courier $(50.00) | 2500-000 | | | $1,002,186.98 |
| | | | Title Exam $(999.00) | 2500-000 | | | $1,002,186.98 |
| | | | Escrow Fee $(1,000.00) | 2500-000 | | | $1,002,186.98 |
| | | | Rent Owed $(1,481.10) | 2500-000 | | | $1,002,186.98 |
| | | | Fees Title Company Owners policy $(1,920.00) | 2500-000 | | | $1,002,186.98 |
| | | | Atty Fees $(2,500.00) | 2500-000 | | | $1,002,186.98 |
| | | | Title Search $(8,340.28) | 2500-000 | | | $1,002,186.98 |
| | | | Cross Fees $(19,740.00) | 2500-000 | | | $1,002,186.98 |
| | | | Cross Disposition Fee $(52,350.00) | 2500-000 | | | $1,002,186.98 |
| | | | County Tax $(640.00) | 2820-000 | | | $1,002,186.98 |
| | | | Taxes $(977.42) | 2820-000 | | | $1,002,186.98 |
| | | | State Tax $(1,280.00) | 2820-000 | | | $1,002,186.98 |
| | | | Taxes $(1,767.37) | 2820-000 | | | $1,002,186.98 |
| | | | Taxes $(3,371.87) | 2820-000 | | | $1,002,186.98 |
| | | | Taxes $(9,924.48) | 2820-000 | | | $1,002,186.98 |
| | {1} | | Gross Sale $1,108,528.50 | 1110-000 | | | $1,002,186.98 |
| 12/15/2011 | (1) | Republic Title of Texas | Sale of Land | 1110-000 | $171,471.50 | | $1,173,658.48 |
| 12/27/2011 | (INT) | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | $3.85 | | $1,173,662.33 |
| 12/27/2011 | | To Account #**********8866 | | 9999-000 | | $1,173,662.33 | $0.00 |

|  |  |  |  |  | SUBTOTALS | $1,173,662.33 | $1,173,662.33 |
|---|---|---|---|---|---|---|---|

FORM 2 | | | Page No: 2 | Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 09-32878-RCJ | Trustee Name: | William A. Leonard, Jr. |
|---|---|---|---|
| Case Name: | Ocean Atlantic SPE LLC | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***4225 | Money Market Acct #: | ******8865 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 10/14/2009 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/22/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | TOTALS: | $1,173,662.33 | $1,173,662.33 | $0.00 |
| | | | Less: Bank transfers/CDs | $0.00 | $1,173,662.33 | |
| | | | Subtotal | $1,173,662.33 | $0.00 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | Net | $1,173,662.33 | $0.00 | |

| For the period of 10/14/2009 to 6/22/2017 | | For the entire history of the account between 12/15/2011 to 6/22/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,280,003.85 | Total Compensable Receipts: | $1,280,003.85 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,280,003.85 | Total Comp/Non Comp Receipts: | $1,280,003.85 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $106,341.52 | Total Compensable Disbursements: | $106,341.52 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $106,341.52 | Total Comp/Non Comp Disbursements: | $106,341.52 |
| Total Internal/Transfer Disbursements: | $1,173,662.33 | Total Internal/Transfer Disbursements: | $1,173,662.33 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-32878-RCJ | | Trustee Name: | William A. Leonard, Jr. |
|---|---|---|---|---|
| Case Name: | Ocean Atlantic SPE LLC | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***4225 | | Checking Acct #: | ******8866 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 10/14/2009 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/22/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/27/2011 | | From Account #**********8865 | | 9999-000 | $1,173,662.33 | | $1,173,662.33 |
| 03/22/2012 | 101 | United States Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/09/2012 FOR CASE #09-32878, Bond Number 016048576 | 2300-000 | | $1,082.31 | $1,172,580.02 |
| 03/22/2012 | 101 | United States Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/09/2012 FOR CASE #09-32878, Bond Number 016048576 | 2300-003 | | ($1,082.31) | $1,173,662.33 |
| 03/22/2012 | 102 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/09/2012 FOR CASE #09-32878, Bond Number 016048576 | 2300-000 | | $1,082.31 | $1,172,580.02 |
| 03/22/2012 | 102 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/09/2012 FOR CASE #09-32878, Bond Number 016048576 | 2300-003 | | ($1,082.31) | $1,173,662.33 |
| 03/26/2012 | 103 | United States Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/24/2012 FOR CASE #09-32878, Bond # 016048576 | 2300-000 | | $1,092.95 | $1,172,569.38 |
| 03/26/2012 | 103 | United States Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/24/2012 FOR CASE #09-32878, Bond # 016048576 | 2300-003 | | ($1,092.95) | $1,173,662.33 |
| 03/26/2012 | 104 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/24/2012 FOR CASE #09-32878, Bond# 016048576 | 2300-000 | | $1,092.95 | $1,172,569.38 |
| 10/15/2012 | (3) | Perry & Murphy Pllc | Escrow funds held | 1221-000 | $11,397.50 | | $1,183,966.88 |
| 10/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $1,183,941.88 |
| 11/09/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($25.00) | $1,183,966.88 |
| 11/13/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($25.00) | $1,183,991.88 |
| 11/13/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | $25.00 | $1,183,966.88 |
| 12/05/2012 | 105 | Tom Grimmett | Dividend paid 100.00% on $5,463.67; Claim# REC; Filed: $0.00; Reference: RECEIVER | 4210-000 | | $5,463.67 | $1,178,503.21 |

| | | | | SUBTOTALS | $1,185,059.83 | $6,556.62 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-32878-RCJ | Trustee Name: | William A. Leonard, Jr. |
|---|---|---|---|
| Case Name: | Ocean Atlantic SPE LLC | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***4225 | Checking Acct #: | ******8866 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 10/14/2009 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/22/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/05/2012 | 106 | Bickel & Brewer | Dividend paid 100.00% on $663,766.27; Claim# T01; Filed: $0.00; Reference: | 4110-000 | | $663,766.27 | $514,736.94 |
| 12/05/2012 | 107 | Jospeh W. Andreski & Martha Andreski | Dividend paid 100.00% on $5,538.56; Claim# T02; Filed: $0.00; Reference: | 4110-000 | | $5,538.56 | $509,198.38 |
| 12/05/2012 | 108 | William A. Leonard, Trustee | Dividend paid 100.00% on $161,437.87; Claim# T03; Filed: $0.00; Reference: | 4110-000 | | $161,437.87 | $347,760.51 |
| 12/05/2012 | 109 | Kathy Azzinaro | Dividend paid 100.00% on $5,538.56; Claim# T04; Filed: $0.00; Reference: | 4110-000 | | $5,538.56 | $342,221.95 |
| 12/05/2012 | 110 | Chai Miller, LLC | Dividend paid 100.00% on $55,893.60; Claim# T05; Filed: $0.00; Reference: | 4110-000 | | $55,893.60 | $286,328.35 |
| 12/05/2012 | 111 | Belski 2003 Revocable Trust | Dividend paid 100.00% on $5,538.56; Claim# T06; Filed: $0.00; Reference: | 4110-000 | | $5,538.56 | $280,789.79 |
| 12/05/2012 | 112 | Linda Broders, and unmarried woman | Dividend paid 100.00% on $5,538.56; Claim# T07; Filed: $0.00; Reference: | 4110-000 | | $5,538.56 | $275,251.23 |
| 12/05/2012 | 113 | Brian H. Busse & Dawn Busse, husband & wife as JTWROS | Dividend paid 100.00% on $11,757.12; Claim# T08; Filed: $0.00; Reference: | 4110-000 | | $11,757.12 | $263,494.11 |
| 12/05/2012 | 114 | Compass | Dividend paid 100.00% on $8,647.84; Claim# T09; Filed: $0.00; Reference: | 4110-000 | | $8,647.84 | $254,846.27 |
| 12/05/2012 | 115 | Bruce H. Corum, Trustee of the Credit Shelter Trust | Dividend paid 100.00% on $12,177.12; Claim# T10; Filed: $0.00; Reference: | 4110-000 | | $12,177.12 | $242,669.15 |
| 12/05/2012 | 116 | The G Elbert Generation Skipping Tr under Anne E. Abrams Liv | Dividend paid 100.00% on $5,748.56; Claim# T11; Filed: $0.00; Reference: | 4110-000 | | $5,748.56 | $236,920.59 |
| 12/05/2012 | 117 | First Savings Bank custodian for Anne Flannery IRS | Dividend paid 100.00% on $5,538.56; Claim# T12; Filed: $0.00; Reference: | 4110-000 | | $5,538.56 | $231,382.03 |
| 12/05/2012 | 118 | R. Freund Generation Skipping Trust under Anne E Abrams Livi | Dividend paid 100.00% on $5,748.56; Claim# T13; Filed: $0.00; Reference: | 4110-000 | | $5,748.56 | $225,633.47 |
| 12/05/2012 | 119 | Theodora Gottwald, Trustee for the Revoable Trust 9/8/2006 | Dividend paid 100.00% on $5,538.56; Claim# T14; Filed: $0.00; Reference: | 4110-000 | | $5,538.56 | $220,094.91 |
| 12/05/2012 | 120 | Montogomery A Graf & Mallory Salmero-Graf H&W JTRS | Dividend paid 100.00% on $5,538.56; Claim# T15; Filed: $0.00; Reference: | 4110-000 | | $5,538.56 | $214,556.35 |

| | | | | SUBTOTALS | $0.00 | $963,946.86 | |

Page No: 5     Exhibit 9

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-32878-RCJ | | Trustee Name: | William A. Leonard, Jr. |
|---|---|---|---|---|
| Case Name: | Ocean Atlantic SPE LLC | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***4225 | | Checking Acct #: | ******8866 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 10/14/2009 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/22/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/05/2012 | 121 | Bernardo G. Gregorio & Corazon M. Gergorio | Dividend paid 100.00% on $11,757.12; Claim# T16; Filed: $0.00; Reference: | 4110-000 | | $11,757.12 | $202,799.23 |
| 12/05/2012 | 122 | Charles Harper & Evangeline Harper as JTWROS | Dividend paid 100.00% on $5,958.56; Claim# T17; Filed: $0.00; Reference: | 4110-000 | | $5,958.56 | $196,840.67 |
| 12/05/2012 | 123 | Edward W. Homfeld, and unmarried man | Dividend paid 100.00% on $11,757.12; Claim# T18; Filed: $0.00; Reference: | 4110-000 | | $11,757.12 | $185,083.55 |
| 12/05/2012 | 124 | Iverson Family Trust dated 5/14/01 | Dividend paid 100.00% on $5,958.56; Claim# T19; Filed: $0.00; Reference: | 4110-000 | | $5,958.56 | $179,124.99 |
| 12/05/2012 | 125 | Durand Jensen Family Ltd Partnership | Dividend paid 100.00% on $5,538.56; Claim# T20; Filed: $0.00; Reference: | 4110-000 | | $5,538.56 | $173,586.43 |
| 12/05/2012 | 126 | Km Trust | Dividend paid 100.00% on $11,757.12; Claim# T21; Filed: $0.00; Reference: | 4110-000 | | $11,787.12 | $161,799.31 |
| 12/05/2012 | 127 | Murray Trust c/o Aimee E. Kearns | Dividend paid 100.00% on $5,538.56; Claim# T22; Filed: $0.00; Reference: | 4110-000 | | $5,538.56 | $156,260.75 |
| 12/05/2012 | 128 | Lyle O. Keys & Melissa W. Keys | Dividend paid 100.00% on $5,538.56; Claim# T23; Filed: $0.00; Reference: | 4110-000 | | $5,538.56 | $150,722.19 |
| 12/05/2012 | 129 | James H. Lecourt & Louise M. Lecourt | Dividend paid 100.00% on $5,538.56; Claim# T24; Filed: $0.00; Reference: | 4110-000 | | $5,538.56 | $145,183.63 |
| 12/05/2012 | 130 | Maiden Ventures Ltd. Defined Benefit Pension Plan | Dividend paid 100.00% on $5,538.56; Claim# T25; Filed: $0.00; Reference: | 4110-000 | | $5,538.56 | $139,645.07 |
| 12/05/2012 | 131 | Miller Properties | Dividend paid 100.00% on $5,958.56; Claim# T26; Filed: $0.00; Reference: | 4110-000 | | $5,958.56 | $133,686.51 |
| 12/05/2012 | 132 | 1194 Miller Family Trust c/o Harold B. Miller, Trustee | Dividend paid 100.00% on $5,748.56; Claim# T27; Filed: $0.00; Reference: | 4110-000 | | $5,748.56 | $127,937.95 |
| 12/05/2012 | 133 | Penny Miller & Brian J Miller | Dividend paid 100.00% on $5,958.56; Claim# T28; Filed: $0.00; Reference: | 4110-000 | | $5,958.56 | $121,979.39 |
| 12/05/2012 | 134 | Jack & Gladys Polen Family Trust dated 6/28/1988 J | Dividend paid 100.00% on $5,538.56; Claim# T29; Filed: $0.00; Reference: | 4110-000 | | $5,538.56 | $116,440.83 |
| 12/05/2012 | 135 | L & R Saenz Family Trust c | Dividend paid 100.00% on $5,538.56; Claim# T30; Filed: $0.00; Reference: | 4110-000 | | $5,538.56 | $110,902.27 |

                                         **SUBTOTALS**     $0.00     $103,654.08

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-32878-RCJ | | Trustee Name: | William A. Leonard, Jr. |
|---|---|---|---|---|
| Case Name: | Ocean Atlantic SPE LLC | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***4225 | | Checking Acct #: | ******8866 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 10/14/2009 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/22/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/05/2012 | 136 | Wilmer H. Scharf Living Trust dated 3/10 | Dividend paid 100.00% on $5,538.56; Claim# T31; Filed: $0.00; Reference: | 4110-000 | | $5,536.56 | $105,365.71 |
| 12/05/2012 | 137 | Walter E. Seebach Living Trust dated 1/11/85 | Dividend paid 100.00% on $30,622.80; Claim# T32; Filed: $0.00; Reference: | 4110-000 | | $30,622.80 | $74,742.91 |
| 12/05/2012 | 138 | Terrance H. Smith, a single man | Dividend paid 100.00% on $11,757.12; Claim# T33; Filed: $0.00; Reference: | 4110-000 | | $11,757.12 | $62,985.79 |
| 12/05/2012 | 139 | Suksamarn C. Taylor, an unmarried woman | Dividend paid 100.00% on $5,538.56; Claim# T34; Filed: $0.00; Reference: | 4110-000 | | $5,538.56 | $57,447.23 |
| 12/05/2012 | 140 | Robert C. Toombes & Patsy G. Toombes, JTWROS | Dividend paid 100.00% on $5,958.56; Claim# T35; Filed: $0.00; Reference: | 4110-000 | | $5,958.56 | $51,488.67 |
| 12/05/2012 | 141 | Sullivan Hill | Dividend paid 100.00% on $3,400.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | $3,400.00 | $48,088.67 |
| 12/05/2012 | 142 | William A. Leonard, Trustee | Dividend paid 100.00% on $9,760.00, Trustee Expenses; Reference: TRUSTEE | 2200-000 | | $9,760.00 | $38,328.67 |
| 12/05/2012 | 143 | Asset Resolution | Dividend paid 99.92% on $30,009.76; Claim# ARCA; Filed: $0.00; Reference: ADVANCES | 7100-000 | | $29,987.87 | $8,340.80 |
| 12/05/2012 | 144 | Asset Resolution | Dividend paid 99.92% on $8,346.89; Claim# ARCB; Filed: $0.00; Reference: LOAN SERV FEES | 7100-000 | | $8,340.80 | $0.00 |
| 02/25/2013 | 129 | James H. Lecourt & Louise M. Lecourt | Dividend paid 100.00% on $5,538.56; Claim# T24; Filed: $0.00; Reference: | 4110-004 | | ($5,538.56) | $5,538.56 |
| 02/27/2013 | | Trans. of funds to Rabobank, N.A. | funds trans. for stop ck #129 | 9999-000 | | $5,538.56 | $0.00 |
| 03/01/2013 | | Trans. of funds to Rabobank, N.A. | funds trans. for stop ck # 129 (dup./error) | 9999-000 | | $5,538.56 | ($5,538.56) |
| 03/06/2013 | | Transfer back to account | | 9999-000 | $5,538.56 | | $0.00 |
| 03/06/2013 | | Account Transfer | | 9999-000 | | $5,538.56 | ($5,538.56) |
| 03/07/2013 | | transfer back into account | | 9999-000 | $5,538.56 | | $0.00 |
| 04/15/2013 | 114 | Compass | Dividend paid 100.00% on $8,647.84; Claim# T09; Filed: $0.00; Reference: | 4110-004 | | ($8,647.84) | $8,647.84 |
| 04/15/2013 | 119 | Theodora Gottwald, Trustee for the Revoable Trust 9/8/2006 | Dividend paid 100.00% on $5,538.56; Claim# T14; Filed: $0.00; Reference: | 4110-004 | | ($5,538.56) | $14,186.40 |

| | | | SUBTOTALS | | $11,077.12 | $107,792.99 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 09-32878-RCJ | | Trustee Name: | William A. Leonard, Jr. |
|---|---|---|---|---|
| Case Name: | Ocean Atlantic SPE LLC | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***4225 | | Checking Acct #: | ******8866 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 10/14/2009 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/22/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/15/2013 | 122 | Charles Harper & Evangeline Harper as JTWROS | Dividend paid 100.00% on $5,958.56; Claim# T17; Filed: $0.00; Reference: | 4110-004 | | ($5,958.56) | $20,144.96 |
| 04/15/2013 | 125 | Durand Jensen Family Ltd Partnership | Dividend paid 100.00% on $5,538.56; Claim# T20; Filed: $0.00; Reference: | 4110-004 | | ($5,538.56) | $25,683.52 |
| 04/18/2013 | | TRANSFER TO *********0088 ****0418 | TRANSFER TO *********0088       ****0418 | 9999-000 | | $25,683.52 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| | TOTALS: | $1,196,136.95 | $1,196,136.95 | $0.00 |
| | Less: Bank transfers/CDs | $1,184,739.45 | $42,299.20 | |
| | Subtotal | $11,397.50 | $1,153,837.75 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $11,397.50 | $1,153,837.75 | |

| For the period of 10/14/2009 to 6/22/2017 | | For the entire history of the account between 12/27/2011 to 6/22/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $11,397.50 | Total Compensable Receipts: | $11,397.50 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,397.50 | Total Comp/Non Comp Receipts: | $11,397.50 |
| Total Internal/Transfer Receipts: | $1,184,739.45 | Total Internal/Transfer Receipts: | $1,184,739.45 |
| | | | |
| Total Compensable Disbursements: | $1,153,837.75 | Total Compensable Disbursements: | $1,153,837.75 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,153,837.75 | Total Comp/Non Comp Disbursements: | $1,153,837.75 |
| Total Internal/Transfer Disbursements: | $42,299.20 | Total Internal/Transfer Disbursements: | $42,299.20 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-32878-RCJ | Trustee Name: | William A. Leonard, Jr. |
|---|---|---|---|
| Case Name: | Ocean Atlantic SPE LLC | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4225 | Checking Acct #: | ******2878 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 10/14/2009 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/22/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/04/2016 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $25,628.21 | | $25,628.21 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $37.34 | $25,590.87 |
| 04/27/2016 | | Integrity Bank | Reverse bank fee | 2600-000 | | ($37.34) | $25,628.21 |
| 09/19/2016 | 5001 | Bankruptcy Court Attn Clerk | | * | | $25,628.21 | $0.00 |
| | | | $(8,629.22) | 4110-000 | | | $0.00 |
| | | | $(5,526.63) | 4110-000 | | | $0.00 |
| | | | $(5,945.73) | 4110-000 | | | $0.00 |
| | | | $(5,526.63) | 4110-000 | | | $0.00 |
| 09/19/2016 | 5001 | VOID: Bankruptcy Court Attn Clerk | | * | | ($25,628.21) | $25,628.21 |
| | | | $8,629.22 | 4110-003 | | | $25,628.21 |
| | | | $5,526.63 | 4110-003 | | | $25,628.21 |
| | | | $5,945.73 | 4110-003 | | | $25,628.21 |
| | | | $5,526.63 | 4110-003 | | | $25,628.21 |
| 12/01/2016 | 5002 | Bankruptcy Court Attn Clerk | Unclaimed Funds | * | | $25,628.21 | $0.00 |
| | | | $(8,629.22) | 4110-000 | | | $0.00 |
| | | | $(5,526.63) | 4110-000 | | | $0.00 |
| | | | $(5,945.73) | 4110-000 | | | $0.00 |
| | | | $(5,526.63) | 4110-000 | | | $0.00 |

SUBTOTALS  $25,628.21   $25,628.21

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-32878-RCJ | Trustee Name: | William A. Leonard, Jr. |
|---|---|---|---|
| Case Name: | Ocean Atlantic SPE LLC | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4225 | Checking Acct #: | ******2878 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 10/14/2009 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/22/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $25,628.21 | $25,628.21 | $0.00 |
| | | | Less: Bank transfers/CDs | | $25,628.21 | $0.00 | |
| | | | Subtotal | | $0.00 | $25,628.21 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $25,628.21 | |

For the period of  **10/14/2009** to **6/22/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $25,628.21 |
| | |
| Total Compensable Disbursements: | $25,628.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,628.21 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **03/04/2016** to **6/22/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $25,628.21 |
| | |
| Total Compensable Disbursements: | $25,628.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,628.21 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-32878-RCJ | | | Trustee Name: | William A. Leonard, Jr. |
|---|---|---|---|---|---|
| Case Name: | Ocean Atlantic SPE LLC | | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***4225 | | | Checking Acct #: | ******2066 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking Account |
| For Period Beginning: | 10/14/2009 | | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/22/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/27/2013 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | $5,538.56 | | $5,538.56 |
| 03/01/2013 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | $5,538.56 | | $11,077.12 |
| 03/05/2013 | | The Bank of New York Mellon | | 9999-000 | | $5,538.56 | $5,538.56 |
| 03/05/2013 | 10145 | James H. Lecourt & Louise M. Lecourt | Payout | 4110-000 | | $5,538.56 | $0.00 |
| 03/06/2013 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | $5,538.56 | | $5,538.56 |
| 03/07/2013 | | Transfer | | 9999-000 | ($5,538.56) | | $0.00 |
| 04/19/2013 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | $25,683.52 | | $25,683.52 |
| 01/09/2014 | 10146 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/09/2014 FOR CASE #09-32878 | 2300-000 | | $22.84 | $25,660.68 |
| 01/05/2015 | 10147 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/05/2015 FOR CASE #09-32878, Bond #016048576 | 2300-000 | | $29.90 | $25,630.78 |
| 03/17/2015 | | Bond Refund | | 2300-000 | | ($10.50) | $25,641.28 |
| 04/14/2015 | | Bond Refund | Reversal of Bond Refund | 2300-000 | | $10.50 | $25,630.78 |
| 04/15/2015 | | Bond Refund | | 2300-000 | | ($11.21) | $25,641.99 |
| 01/13/2016 | 10148 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/13/2016 FOR CASE #09-32878, Blanket Bond NV 016048576 | 2300-000 | | $13.78 | $25,628.21 |
| 03/04/2016 | | Integrity Bank | Transfer Funds | 9999-000 | | $25,628.21 | $0.00 |

SUBTOTALS     $36,760.64     $36,760.64

**FORM 2**

Page No: 11    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-32878-RCJ | Trustee Name: | William A. Leonard, Jr. |
|---|---|---|---|
| Case Name: | Ocean Atlantic SPE LLC | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***4225 | Checking Acct #: | ******2066 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 10/14/2009 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/22/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | TOTALS: | | $36,760.64 | $36,760.64 | $0.00 |
| | | Less: Bank transfers/CDs | | $36,760.64 | $31,166.77 | |
| | | Subtotal | | $0.00 | $5,593.87 | |
| | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | Net | | $0.00 | $5,593.87 | |

For the period of **10/14/2009** to **6/22/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $36,760.64 |
| | |
| Total Compensable Disbursements: | $5,593.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,593.87 |
| Total Internal/Transfer Disbursements: | $31,166.77 |

For the entire history of the account between **12/19/2012** to **6/22/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $36,760.64 |
| | |
| Total Compensable Disbursements: | $5,593.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,593.87 |
| Total Internal/Transfer Disbursements: | $31,166.77 |

**FORM 2**

Page No: 12    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-32878-RCJ | Trustee Name: | William A. Leonard, Jr. |
|---|---|---|---|
| Case Name: | Ocean Atlantic SPE LLC | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***4225 | Checking Acct #: | ******2066 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 10/14/2009 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/22/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,185,059.83 | $1,185,059.83 | $0.00 |

**For the period of 10/14/2009 to 6/22/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,291,401.35 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,291,401.35 |
| Total Internal/Transfer Receipts: | $1,247,128.30 |
| | |
| Total Compensable Disbursements: | $1,291,401.35 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,291,401.35 |
| Total Internal/Transfer Disbursements: | $1,247,128.30 |

**For the entire history of the case between 01/29/2010 to 6/22/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,291,401.35 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,291,401.35 |
| Total Internal/Transfer Receipts: | $1,247,128.30 |
| | |
| Total Compensable Disbursements: | $1,291,401.35 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,291,401.35 |
| Total Internal/Transfer Disbursements: | $1,247,128.30 |

/s/ WILLIAM A. LEONARD, JR.

WILLIAM A. LEONARD, JR.